ANDERSON v. GOODING

No. 123 PC.

Case below: 43 N.C. App. 611.

Petition by plaintiff for discretionary review under G.S. 7A-31 dismissed 18 December 1979 without prejudice to plaintiff to present any question which he properly presented for review to the Court of Appeals pursuant to Rule 16(a).

ASHE v. ASSOCIATES, INC.

No. 108 PC.

Case below: 43 N.C. App. 319.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 8 January 1980.

BANK v. BAKER

No. 104 PC.

Case below: 43 N.C. App. 388.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

BELL v. MARTIN

No. 99 PC.

No. 62 (Spring Term).

Case below: 43 N.C. App. 134.

Petitions by plaintiff and defendant for discretionary review under G.S. 7A-31 allowed 8 January 1980.

BETHEA v. BETHEA

No. 118 PC.

Case below: 43 N.C. App. 372.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.